# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1862
LT Case No. 2022-DP-000082

_____

R.H., Mother of J.M., A Child,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Hernando County.
Stephen E. Toner, Jr., Judge.

Ronda Hawkins, Quincy, pro se.

Rachel Batten, of Children's Legal Services, Department of
Children and Families, Brooksville, for Appellee.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and
Amanda Victoria Glass, Senior Attorney, Appellate Division, of
Statewide Guardian ad Litem Office, Tallahassee, and Adam
Matthew Topel, Pro Bono Guardian ad Litem Attorney, of Butler
Weihmuller Katz Craig LLP, Tampa, for Guardian ad Litem o/b/o
J.M.

January 7, 2026

PER CURIAM.

AFFIRMED.

JAY, C.J., and MAKAR and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____